IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vega, Juan

Printed: 01/29/09

Case Number: 08 B 17396
Judge: Wedoff, Eugene R
Filed: 7/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,200.00 |  |
| Secured: |  | 450.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 31.46 |
| Other Funds: |  | 2,718.54 |
| Totals: | 3,200.00 | 3,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | Lions Park Condominium | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo | Secured | 0.00 | 0.00 |
| 7. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 8. | Home Loan Services | Secured | 0.00 | 0.00 |
| 9. | Home Loan Services | Secured | 0.00 | 0.00 |
| 10. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 11. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 12. | Cook County Treasurer | Secured | 2,884.52 | 210.00 |
| 13. | Cook County Treasurer | Secured | 4,200.00 | 240.00 |
| 14. | Chase Home Finance | Secured | 1,720.99 | 0.00 |
| 15. | Chase Home Finance | Secured | 6,847.69 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 2,930.86 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 1,605.83 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 1,199.93 | 0.00 |
| 19. | Cook County Treasurer | Unsecured | 1,313.91 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 2,957.55 | 0.00 |
| 21. | Taylor Bean And Whitaker Mortgage Compan | Secured | | No Claim Filed |
| 22. | Internal Revenue Service | Priority | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 25. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 26. | Capital One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Vega, Juan

Printed: 01/29/09

Case Number: 08 B 17396
Judge: Wedoff, Eugene R
Filed: 7/7/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Focus Receivables Management LLC | Unsecured | | No Claim Filed |
| 28. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 29. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 30. | Village of Mount Prospect | Unsecured | | No Claim Filed |
| | | | $ 25,661.28 | $ 450.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 20.86 |
| 6.6% | 10.60 |
| | $ 31.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

